**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RICHARD OLUWAROTIMI ADEBAYO,** | § § § | |
| **Petitioner,** | § § § | |
| **v.** | § § § | **Civil Action No. 4:26-cv-00513-O-BP** |
| **MERCY G. ADEBAYO** | § § § | |
| **Respondent.** | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Petitioner's leave to file over-length 72(b) objections, ECF No. 53. The Motion is **GRANTED**. After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Petitioner's request that the Court order the return of his children to Portugal under The Convention on the Civil Aspects of International Child Abduction, Oct. 25, 1980, 1343 U.N.T.S. 89, S. Treaty Doc. No. 99-11, and the International Child Abduction Remedies Act, 22 U.S.C. 9001 *et seq.*, is **DENIED**.

**SO ORDERED** on this **July 9, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**